EDWARD H. STOKES, TREASURER, &c., PLAINTIFF IN ERROR, v. GEORGE SCHLACTER, DEFENDANT IN ERROR.

Decided July 5, 1901.

1. Where the plaintiff in error obtained in the Court of Errors and Appeals not only a reversal of the judgment of the Supreme Court, but also an affirmance of the original judgment of the trial court, thus ending the litigation, he is entitled to costs in the Court of Errors and Appeals.

2. If the cause has been brought into the Supreme Court by *certiorari*, the question of costs there is, by statute, committed to the discretion of that court, and application must be there made for costs on *certiorari*.

---

PER CURIAM.

The plaintiff in error obtained, in this court, not only a reversal of the judgment of the Supreme Court, but also an affirmance of the original judgment in the trial court, thus finally ending the litigation in his favor. He is, therefore, entitled to costs in this court.

The cause having been brought into the Supreme Court by *certiorari*, the question of costs there is, by statute, committed to the discretion of that court, and consequently application must be there made for costs in *certiorari*.